```
                    UNITED STATES DISTRICT COURT
                    NORTHERN DISTRICT OF GEORGIA
                          ATLANTA DIVISION
```

SHELLIE YOUHOING,

      Plaintiff,                    CIVIL ACTION

  v.                               NO. 1:09-CV-1785-CAP

TRAVELERS INSURANCE COMPANY,
also known as METLIFE
INSURANCE,

      Defendant.

### **O R D E R**

This matter is before the court on the defendant's motion for protective order and objection to deposition [Doc. No. 52] and motion to compel discovery [Doc. No. 58].

The defendant's first motion, the motion for protective order and objection to deposition [Doc. No. 52], was filed on January 27, 2010, and the second motion, the motion to compel discovery [Doc. No. 58], was filed on January 29, 2010. Under L.R. 7.1 (B), the plaintiff had 14 days to respond each motion,[1] or until February 10, 2010, to respond to the first motion and until February 12, 2010, to respond to the second motion. As of February 19, 2010, the plaintiff has not filed a response to either of the defendant's motions [Doc. Nos. 52 and 58]. Accordingly, the plaintiff does not oppose the motions and for the reasons set forth

---

[1] L.R. 7.1 (B) also states that a party's failure to file a response shall indicate that there is no opposition to the motion.

in them, the court hereby GRANTS the defendant's motion for protective order and objection to deposition [Doc. No. 52] and motion to compel discovery [Doc. No. 58].

SO ORDERED, this <u>22nd</u> day of February, 2010.

<u>/s/ Charles A. Pannell, Jr.</u>
CHARLES A. PANNELL JR.
United States District Judge